**Order entered January 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01202-CV

### HADDINGTON FUND, LP, ET AL., Appellants

### V.

### BRADLEY S. KIDWELL, ET AL., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02197-2016**

## ORDER

A supplemental clerk's record was filed on January 22, 2020. Included in the supplemental clerk's record is the Suggestion of Bankruptcy filed by Haddington Fund, LP in the United States Bankruptcy Court. This automatically suspends further action in this appeal. *See* Tex. R. App. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id*. 8.3.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE